UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL HOFFMEISTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-cv-08387 |
| | ) | |
| QUAKER FUNDS, INC., | ) | |
| JEFFRY H. KING, SR., LAURIE KEYES, | ) | Judge Sara L. Ellis |
| and JUSTIN BRUNDAGE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER APPROVING SETTLEMENT AND CASE DISMISSAL

After a review of the Settlement Agreement submitted jointly by the parties for approval, the Court determines that the terms of the settlement of this litigation are fair and reasonable, including the amount paid to Plaintiff. Accordingly, the Court hereby approves the settlement and dismisses the case in its entirety without prejudice.

The Parties are provided 30 days to file a motion to reinstate or a motion to enforce the settlement agreement. In the event no further motion is filed within 30 days, the case will be automatically deemed as dismissed with prejudice without further order of the Court.

SO ORDERED this 12th day of February, 2018

_____
Sara L. Ellis
UNITED STATES DISTRICT JUDGE